ORIGINAL (1)

FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Keith, et al., <br><br> PLAINTIFF(S), <br><br> v. <br><br> Glaxosmithkline, Inc., et al., <br><br> DEFENDANT(S). | CASE NUMBER:   CV 01-8254 WJR (IWIx) <br><br><br> ORDER RE TRANSFER PURSUANT <br> TO GENERAL ORDER 224 <br> (Related Cases) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated _September 27, 2001_                  _Mariana R. Pfaelzer_
                                            Mariana R. Pfaelzer
                                            United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____Hupp_____ for all further proceedings.

Dated:_10-1-01_                             _____
                                            William J. Rea
                                            United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____

Dated:_____                       _____
                                            United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case   CV 01-7937 MRP (CWx)   and the present case:

☐ A.    appear to arise from the same or substantially identical transactions, happenings or events.

■ B.    involve the same plaintiff, or the same or substantially the same parties or property.

☐ C.    involve the same plaintiff.

■ D.    call for determination of the same or substantially identical questions of law.

■ E.    likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Johnson_____ to Magistrate Judge _____Woehrle_____

On all documents subsequently filed in this case, please substitute the initials ___MRP (CWx)___ after the case number in place of the initials of the prior judge, so that the case number will read   CV 01-8254 MRP (CWx)

This is very important because documents are routed to the assigned judges by means of these initials.

CV-34 (09/97)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

5

SEP 2 6 2001

OCT - 2 2001                    ENTERED ON ICMS _10/2/01_