Karen A. Barth (180234)
Mary Schiavo, *pro hac vice pending*
BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Kevin J. Yourman (147159)
Zev B. Zysman (176805)
WEISS & YOURMAN
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Tel:  (310) 208-2800
Fax: (310) 209-2348

*Counsel for Plaintiffs'*
*Proposed Co-Lead Counsel*

FILED
CLERK, U S. DISTRICT COURT

JAN 2 8 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HAMILTON and KATHERINE KEITH, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>GLAXOSMITHKLINE, INC.,<br><br>Defendant | CASE NO. CV 01-07937 MRP (CWx)<br>CV 01-8254 - MRP(CWx)<br>**CLASS ACTION**<br><br>**AMENDED ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date:        January 28, 2002<br>Time:        10:00 am<br>Courtroom:   12<br>(Hon. Mariana R. Pfaelzer) |

///

///

///

///

///

///

///

///

ENTERED ON CMS
FEB - 6 2002

DOCKETED ON CM
APR 3 0 2004  10

BY ___  1   022

FEB - 6 2001

This Court, having considered the Motion of the Plaintiffs for Consolidation of All Related Actions and Approval of proposed Co-Lead Counsel, for good cause shown, hereby orders as follows:

1.      The Motion to Consolidate Cases for All Purposes is GRANTED;

2.      The following related actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the *Federal Rules of Civil Procedure*:

| Case Name | Case No. | Judge | Date Filed |
|---|---|---|---|
| *Hamilton v. GlaxoSmithKline, Inc.* | 01-cv-07937 | Pfaelzer | 9/14/01 |
| *Keith v. GlaxoSmithKline. Inc.* | 01-cv-08254 | Pfaelzer | 9/24/01 (transferred from state court, originally filed 8/24/01) |
| *Fishman v. GlaxoSmithKline* | 01-cv-09084 | Pfaelzer | 10/22/01 |

1.      This caption of these consolidated actions shall be identified as: *In re Paxil Litigation*, Case No.: CV-01-07937 MRP (CWx), and the files of this action shall be maintained in one file under Master File No.: CV-01-07937 MRP (CWx). Any other actions now pending or hereafter filed in this District which arise out of the same facts and claims as alleged in these related actions shall be consolidated for all purposes if, and when the Court is appraised of them.

2.      Every pleading filed in this action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re PAXIL LITIGATION | ) Master File No.: CV-01-07937 MRP (CWx) ) ) ) CLASS ACTION |
| THIS DOCUMENT RELATES TO: | ) ) |

2

3.      Plaintiffs shall file a Consolidated Class Action Amended Complaint no later than 45 days from the date of the entry of this Order. The Consolidated Amended Complaint shall be treated as the original Complaint and all defendants shall have 30 days after its filing to answer or otherwise respond, unless otherwise agreed between the parties.

4.      Plaintiffs shall file a Motion for Class Certification no later than 90 days after the defendants have filed its answer to the Consolidated Class Action Amended Complaint, unless otherwise ordered by the Court.

5      Plaintiffs' selection of counsel is approved. The law firms of Baum, Hedlund, Aristei, Guilford & Schiavo, Donald F. Farber, Esq., and Weiss & Yourman are appointed Co-Lead Counsel for the consolidated action.

A.      Co-Lead Counsel are vested by the Court with the following responsibilities and duties:

i.      To coordinate the preparation and filing of a Consolidated Class Action Amended Complaint, and any subsequent pleadings;

ii.      To coordinate the briefing and argument of all motions;

iii.      To coordinate and conduct all discovery, pre-trial and trial proceedings for plaintiffs;

iv.      To call meetings of Plaintiffs' counsel as they deem appropriate or necessary from time to time;

v.      To initiate and conduct all settlement negotiations for Plaintiffs with counsel for defendants;

vi.      To provide general coordination of activities of counsel on their side and to delegate work responsibilities to selected counsel as may be required; and

vii.      To perform such other duties as may be expressly authorized by further order of the Court.

B.      Co-Lead Counsel shall make all work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

3

C.    Defendants' counsel may rely upon all agreements made with any of the Co-Lead Counsel and such agreements shall be binding on all plaintiffs.

D.    No motion, request for discovery, or other pretrial proceeding shall be initiated or served by any plaintiff except through Co-Lead Counsel.

DATED: _January 28, 2002_                     _Mariana R. Pfaelzer_
                                              MARIANA R. PFAELZER
                                              UNITED STATES DISTRICT COURT JUDGE

Submitted By:

Dated:    January 28, 2002                    BAUM, HEDLUND, ARISTEI, GUILFORD &
                                              SCHIAVO
                                                  Karen A. Barth
                                                  Mary Schiavo


                                              By: _____
                                                  Karen Barth
                                                  12100 Wilshire Boulevard, Suite 950
                                                  Los Angeles, CA 90025
                                                  Tel: (310) 207-3233


Dated:    January 28, 2002                    WEISS & YOURMAN
                                                  Kevin J. Yourman
                                                  Zev B. Zysman


                                              By: _____
                                                  Zev B. Zysman
                                                  10940 Wilshire Boulevard
                                                  24th Floor
                                                  Los Angeles, CA 90024
                                                  Tel: (310) 208-2800


                                              Donald J. Farber
                                              LAW OFFICES OF DONALD J. FARBER
                                              7 Mt. Lassen Drive, Suite D-122
                                              San Rafael, California 94903
                                              Tel: (415) 472-7181


                                              _Counsel for Plaintiffs' Proposed Co-Lead Counsel_

4